# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __09-750 M__
2) Defendant's Name: __Treiman_____ __Ralf_____ _____
   (Last)           (First)          (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes ___No   Date/Time: __1/12/10__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: __✓__
11) Temporary Order of Detention Entered: ____  Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Winston Chan__
14) DEFENSE COUNSEL'S NAME: __Michael Schneider__
    Address: _____
    Bar Code: _____ CJA:__ FDNY: __✓__ RET:__
    Telephone Number: ( __X__ )
15) LOG #: __( 4:02 - 4:05 )__  MAG. JUDGE: __Bloom__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE