**CRIMINAL CAUSE FOR ARRAIGNMENT :**

BEFORE : ALLYNE R. ROSS, U.S.D.J.       FEB.25,2010       TIME:11:30am

CR-10-96

DEFT NAME: Ralf Treiman                              #
    ✓ present      ___ not present      ✓ cust.      ___ bail

DEFENSE COUNSEL: Michael Schneider.
    ✓ present      ___ not present      ___ CJA      ___ RET.      ✓ LAS

DEFT NAME:                                           #
    ___ present    ___ not present      ___ cust.    ___ bail

DEFENSE COUNSEL:
    ___ present    ___ not present      ___ CJA      ___ RET.      ___ LAS

A.U.S.A.: David Woll             CLERK: D. LASALLE
REPORTER: M. Brymer.             OTHER:
INT: ✓ (LANG.- Estonian Catherine Pormann.

✓ CASE CALLED.     ✓ DEFTS FIRST APPEARANCE.
DFT: ___ SWORN    ✓ ARRAIGNED   ✓ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DFT(S)_____
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

___ DEFT(S)_____ ENTER **GUILTY PLEA** TO CTS. One
    _____ OF (Superseding) INDICTMENT/INFORMATION.
___ DEFT(S)_____ **WITHDRAWS** NOT GUILTY PLEA AND
    ENTERS **GUILTY PLEA** TO CTS._____ OF THE
    (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
✓ SENTENCING set

___ DEFT(S)_____ ENTER **NOT GUILTY PLEA**.
✓ BAIL ___ SET ___ CONT'D FOR DEFT_____
✓ DEFT(S)_____ CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
✓ **SPEEDY TRIAL** INFO FOR DEFT(S)_____
   CODE TYPE T   START 2/25/10   STOP decision on motion
✓ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER:

Next s/c set for 4/28/10 @ 11:00 am