APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION
SEE INSTRUCTIONS—TYPE OR PRINT   INK IN WHITE AREAS

1. NAME  FIRST NAME _____  MIDDLE NAME _____
   LAST NAME _____
2. MAILING ADDRESS
   STREET: 1040 S. FAIRFAX AVE. #354
   CITY/STATE: LA CA  ZIP CODE: 90046
   COUNTRY: U.S.A.   IN CARE OF _____
3. SEX: M
4. PLACE OF BIRTH: _____
5. DATE OF BIRTH: [redacted] 43
6. SOCIAL SECURITY NUMBER: [redacted]
7. HEIGHT: 5'7"
8. COLOR OF HAIR: BALD
9. COLOR OF EYES: BROWN
10. HOME PHONE: _____
11. BUSINESS PHONE: _____
12. PERMANENT ADDRESS: _____
13. OCCUPATION: _____
14. FATHER'S NAME: _____  BIRTHPLACE: _____  BIRTH DATE: _____  U.S. CITIZEN: YES
15. MOTHER'S MAIDEN NAME: _____  BIRTHPLACE: _____  BIRTH DATE: _____  U.S. CITIZEN: YES
16. TRAVEL PLANS: COUNTRIES: Brazil   DEPARTURE DATE: _____   LENGTH OF STAY: _____
17. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? YES ☒ NO ☐
18. HAVE YOU EVER BEEN MARRIED? YES ☐ NO ☒
    WIDOWED/DIVORCED? YES ☐ NO ☒
19. IN CASE OF EMERGENCY, NOTIFY:
    FULL NAME: _____
    ADDRESS: 1040 S. Fairfax #354
    RELATIONSHIP: _____
20. TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN BY NATURALIZATION
21. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH
22. APPLICANT'S IDENTIFYING DOCUMENTS: PASSPORT ☐ DRIVER'S LICENSE ☒ OTHER ☐
23. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)
    6-30-48 / 9-14-96

JUN 14 1996
LOS ANGELES, CALIFORNIA
000000002

FORM DSP-11 (12-87)

UNITED STATES DEPARTMENT OF STATE
**STATEMENT REGARDING**
**LOST OR STOLEN PASSPORT**

**INSTRUCTIONS** — It is necessary to submit a statement with an application for a new passport when a previous valid or potentially valid passport cannot be presented. The statement must be set forth in detail why the previous passport cannot be presented.

TYPE OR PRINT IN INK IN WHITE AREAS ONLY

### IDENTIFYING INFORMATION

NAME
FIRST/MIDDLE: [illegible]
LAST: [illegible]

PASSPORT NUMBER: [illegible]
ISSUE DATE: 04 / / 85
PLACE OF ISSUE: [illegible]

SEX: M
PLACE OF BIRTH: [illegible]
DATE OF BIRTH: [redacted]
DOCUMENT CODE: L

ADDRESS: [illegible] MARYOLE ST [illegible]

### LOST/STOLEN PASSPORT INFORMATION (Please answer all questions. Be specific.)

HOW WAS PASSPORT LOST OR STOLEN? [illegible]

WHEN WAS LOSS DISCOVERED? [illegible]

WHERE DID LOSS TAKE PLACE? [illegible]

IF STOLEN, WERE POLICE AUTHORITIES NOTIFIED? [illegible]  IF YES, STATE WHERE AND WHEN: [illegible]

WHAT EFFORTS HAVE YOU MADE TO RECOVER THE PASSPORT? [illegible]

HAVE YOU HAD PREVIOUS PASSPORTS LOST OR STOLEN? [illegible]   NUMBER OF PASSPORTS LOST OR STOLEN: [illegible]

**WARNING** — False statements made knowingly and willfully in passport applications or in affidavits or other documents submitted with passport applications are punishable by fine and/or imprisonment (18 U.S.C. 1001 and 1542). Passports reported lost or stolen are considered automatically invalid. Use of a lost or stolen passport that has been recovered is therefore illegal and could result in prosecution for the misuse of a United States passport (18 U.S.C. 1544).

**PRIVACY ACT STATEMENT** — The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and its predecessor statutes and/or regulations and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity, and entitlement to issuance of a United States passport or related facility and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties pursuant to a court order and as set forth in Part 171, Title 22, Code of Federal Regulations (see Federal Register Volume 42, pages 49791 through 49795).

Failure to provide the information requested on this form may result in the denial of a United States passport, related document, or service to the individual seeking such passport, document, or service.

**CERTIFICATION** — I, the undersigned, certify that the information furnished herein is correct and complete to the best of my knowledge and belief, and that I have not given my passport to another person or disposed of it in an unauthorized manner. If I subsequently find or recover it, I will immediately return it to Passport Services (Attention: Correspondence Branch), Department of State, Washington, D.C. 20524 or to the nearest Passport Agency.

Date: [illegible]    X [signature]

FORM DSP-64
12-84

Form approved OMB No. 1405-0014 (Exp. 10-31-87)

000000003

UNITED STATES DEPARTMENT OF STATE
APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

1. NAME (First and Middle)
   MARK ARTHUR
   LAST
   ROBBINS

2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX    APT #
   311 LAFAYETTE ST   #1005
   CITY                                             STATE
   NEW YORK                                         NY
   ZIP CODE        COUNTRY   IN CARE OF (if applicable)
   [illegible]     USA

   barcode: 301765554

3. SEX   4. PLACE OF BIRTH   5. DATE OF BIRTH   6. SOCIAL SECURITY NUMBER
   M     [illegible]          [redacted]          [redacted]

7. HEIGHT  8. HAIR COLOR  9. EYE COLOR  10. HOME TELEPHONE  11. BUSINESS TELEPHONE  12. OCCUPATION
                                                                                     PAINTER

13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)
    311 LAFAYETTE ST   #1005   NEW YORK NY

14. FATHER'S FULL NAME           15. MOTHER'S FULL MAIDEN NAME
    ROBERT MARK [illegible]       [illegible]

16. EVER MARRIED - N

17. OTHER NAMES YOU HAVE USED

18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?

[photo area]

20. EMERGENCY CONTACT
21. TRAVEL PLANS

22. FOR ACCEPTANCE AGENT'S USE

23. APPLICANT'S IDENTIFYING DOCUMENTS
    DRIVER'S LICENSE    ISSUE DATE         EXPIRATION DATE
    PASSPORT            [illegible]        [illegible]
    OTHER (ID):  NYSID   PLACE OF ISSUE: NYS   ISSUED IN THE NAME OF: Robbins Mark A.

24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)
    ☒ Birth Certificate   SR   Date Issued: 5-25-66
    ☐ Passport
    ☐ Report of Birth
    ☐ Naturalization / Citizenship Cert.
    ☐ Other
    ☒ Seen & Returned
    ☐ Attached

    JACQUES
    MAY 9 2002

25. $45

FORM DSP-11 (12-97)   (SEE INSTRUCTIONS ON PAGE 2)   Page 1   Form Approved OMB No. 1405-0004

000000004

TRAVEL: HOLT ALIAS ON FRADULENT OBTAINED US PPT 35823680

Use 1: 24 OCT 2000

```
              ----- QUERY ----- LNE    TERM/
    NAME      DOB    DATE TIME AGN RSLT TYP REF LANE API
HOLT, NAT     073148 102400 0000 CUS FREQ API      01  R
4701-
```

API DATA ----
INDICATOR        : R    REPORTED
CARRIER CODE     : AY   FINNAIR O/Y
FLT/VES NUMBER   : 5
ARRIVAL LOCATION : JFK  JOHN F KENNEDY INTL
DEPARTURE LOCATION : HEL  HELSINKI-VANTAA
TRANSMITTED BY   : DCS  FINNAIR
INBOUND/OUTBOUND : INBOUND


TRAVEL: ROBBINS' ALIAS ON FRADULENT OBTAINED US PPT 301765554

Use 1: 01 JUL 2003

```
                 ------ QUERY ----- LNE    TERM/
    NAME         DOB    DATE TIME AGN RSLT TYP REF LANE API
ROBBINS, MARK    051760 070103 0000 INS NOMA API    CQ02 R
HELSINKI-VANTAA
```

API DATA ----
INDICATOR        : R    REPORTED
CARRIER CODE     : AY   FINNAIR O/Y
FLT/VES NUMBER   : 6
ARRIVAL LOCATION : HEL  HELSINKI-VANTAA
DEPARTURE LOCATION : JFK  JOHN F KENNEDY INTL
TRANSMITTED BY   : DCS  FINNAIR
INBOUND/OUTBOUND : OUTBOUND


Use 2: 16 JAN 2003

```
                ------ QUERY ----- LNE    TERM/
      NAME         DOB   DATE  TIME AGN RSLT TYP REF LANE API
ROBBINS, MARK          051760 011603 1637 INS NOMA API INS $$12  C
A471-NEW YORK, JFK AIRPORT,

         API DATA ----
         INDICATOR      : C    CONFIRMED
         CARRIER CODE   : AY   FINNAIR O/Y
         FLT/VES NUMBER : 5
         ARRIVAL LOCATION  : JFK   JOHN F KENNEDY INTL
         DEPARTURE LOCATION : HEL  HELSINKI-VANTAA
         TRANSMITTED BY : DCS    FINNAIR
         INBOUND/OUTBOUND : INBOUND
```

Use 3: 17 FEB 2006

```
                ------ QUERY ----- LNE    TERM/
      NAME         DOB   DATE  TIME AGN RSLT TYP REF LANE API
ROBBINS, MARKANTHONY     051760 021706 0000     NOMA API     01 R
HELSINKI-VANTAA

         API DATA ----
         INDICATOR      : R    REPORTED
         CARRIER CODE   : AY   FINNAIR O/Y
         FLT/VES NUMBER : 6
         ARRIVAL LOCATION  : HEL   HELSINKI-VANTAA
         DEPARTURE LOCATION : JFK   JOHN F KENNEDY INTL
         TRANSMITTED BY : DCS    FINNAIR
         INBOUND/OUTBOUND : OUTBOUND
```

Use 4: 27 SEP 2006

```
                ------ QUERY ----- LNE    TERM/
      NAME         DOB   DATE  TIME AGN RSLT TYP REF LANE API
ROBBINS, MARK ANTHONY    051760 092706 2020 CUS NOMA API  /D26 C
A472-NEW YORK, JFK AIRPORT,

         API DATA ----
         INDICATOR      : C    CONFIRMED
         CARRIER CODE   : BA   BRITISH AIRWAYS P.L.C.
         FLT/VES NUMBER : 115
         ARRIVAL LOCATION  : JFK   JOHN F KENNEDY INTL
         DEPARTURE LOCATION : LHR   LONDON / HEATHROW INTL
```

TRANSMITTED BY   : BA     BRITISH AIRWAYS PASSENGE
INBOUND/OUTBOUND  : INBOUND