**CRIMINAL CAUSE FOR STATUS CONFERENCE:**

BEFORE: ROSS, U.S.D.J        APR.21,2010         TIME:11:30am

CR-10-96 (ARR)

DEFT NAME: **Ralf Treiman**         #
✓ present     ___ not present     ✓ cust.     ___ bail

DEFENSE COUNSEL: **Michael Schneider**
✓ present     ___ not present     ___ CJA     ___ RET.     ✓ LAS

A.U.S.A.: **David Woll**                    CLERK: DEL

REPORTER: M. Foley                          OTHER:

INT: ___ (LANG.- ___ )

✓ CASE CALLED.     ✓ DEFT APPEARS WITH COUNSEL.
___ DEFT APPEARS WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT.
___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
✓ STATUS CONF/HRG FOR DEFT HELD.
✓ JURY SELECTION SET FOR 6/28/10 @ 930am
___ BEFORE J. ROSS     ___ PARTIES CONSENT TO MAGISTRATE.
✓ TRIAL SCHEDULED FOR 6/28/10 @ 930am.

✓ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
✓     CODE TYPE _T_     START 4/21/10     STOP 6/28/10
      ✓ ORDER / WAIVER ~~EXECUTED~~ & FILED.   ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO_____.
___ FURTHER STATUS CONF/HRG SET FOR_____.

DEFT ___ SWORN     ___ ARRAIGNED     ___ INFORMED OF RIGHTS
     ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
_____ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER:

Jury selection and trial set for 6/28/10 @ 930am.