**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: ALLYNE R. ROSS, U.S.D.J.   DATE: 6/08/2010   TIME: 12:00
CR-10-96

DEFT NAME: Ralf Tremain                                          #
   X  present         ___ not present        x  cust.        ___ bail

DEFENSE COUNSEL: Michael Schneider
   ___ present        ___ not present        ___ CJA    ___ RET.    ___ LAS

A.U.S.A.: David Woll                        CLERK: D. LASALLE

Rep. G. Rudolph                                         OTHER: _____
INT: ✓  (LANG.- _____)

- [✓] CASE CALLED.    ___ DEFTS FIRST APPEARANCE.
- DEFT [✓] SWORN   ___ ARRAIGNED   ___ INFORMED OF RIGHTS
-       ___ WAIVES TRIAL BEFORE DISTRICT COURT

- ___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
- ___ SUPERSEDING INDICTMENT / INFORMATION FILED.
- ___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
- ___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

- ___ DEFT ENTERS **GUILTY PLEA** TO CTS. _____ OF (Superseding) INDICTMENT/INFORMATION.
- [✓] DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _2 & 7_ OF THE (Superseding) (INDICTMENT) / INFORMATION.
- [✓] COURT FINDS FACTUAL BASIS FOR THE PLEA.
- [✓] SENTENCING SET FOR _10/19/10 @ 11:00am_.

- ___ DEFT ENTER **NOT GUILTY PLEA**.
- ___ BAIL ___ SET ___ CONT'D FOR DEFT.
- [✓] DEFT CONT'D IN CUSTODY.
- ___ CASE ADJ'D TO _____ FOR _____
- ___ JYSELECT SET FOR _____ ___ BY MAG.
- ___ TRIAL SET FOR _____
- ___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
         CODE TYPE _____ START _____ STOP _____

___ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as court exhibit one; Plea agreement returned to AUSA Woll