CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.        OCT.27,2010        Time:11:00AM

CR-10-96                      DEFT NUMBER:

DEFT NAME: **Ralf Treiman**

   X present     ___ not present     ✓ cust.     ___ bail

DEFENSE COUNSEL: Michael Schneider

   X present     ___ not present     ___ CJA     ___ RET.     ✓ LAS

A.U.S.A.: David Woll                          CLERK: D. LASALLE

Reporter: H. Shapiro                          OTHER:

INT:  (LANG.-     )


XXX   CASE CALLED.   ___ SENTENCING ADJ'D TO _____.

X   SENTENCING HELD.    x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x   DEFT SENTENCED ON COUNT  2 & 7  OF THE (Superseding) (Indictment)/ Information.

Deft is sentenced to 18 months incarceration; 3 years supervised release; a special assessment of $200 special assessments is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON  ✓  GOVTS MOTION

                                                          ___ COURT'S MOTION

✓   COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED.       ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:**